IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES ANDREW FISCHER**                                                    **PLAINTIFF**

**VERSUS**                                          Civil Action No. 3:24cv75-MPM-JMV

**TROOPER JASON YOUNG**
**Individually and in his Official Capacity**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**            **DEFENDANTS**

**UNOPPOSED MOTION FOR**
**ADDITIONAL TIME TO FILE RESPONSE**

       COMES NOW, the Plaintiff, James Andrew Fischer, and files this Motion for additional time to file Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment [Doc. 23], and in support thereof would show as follows:

       1.      The current deadline for the filing of the Reply is May 2, 2025.

       2.      The Plaintiff has notified counsel that he has hired independent counsel to represent him in these proceedings and no longer wishes to retain undersigned counsel.

       3.      Undersigned counsel has spoken to Counsel for the Defendant, and he has advised undersigned counsel that he has no objection to the requested extension.

       4.      Undersigned counsel asks for fourteen additional days or until May 16, 2025 so that the Plaintiff and his new counsel may have additional time to file any responses.

       RESPECTFULLY SUBMITTED, this the 2nd day of May, 2025.

                                                           **JAMES ANDREW FISCHER,** *Plaintiff*

                                                           */s/Christian Medina*
                                                           Christian Medina (MSB#105708)

**OF COUNSEL:**

Christian Medina (MSB#105708)

DANKS, MILLER & CORY
213 S. Lamar Street (39201)
P.O. Box 1759
Jackson, MS   39215-1759
Telephone:(601) 957-3101
Facsimile: (601) 957-3160
cmedina@dmclaw.net

## CERTIFICATE OF SERVICE

I, Christian Medina, one of the attorneys for the Plaintiff, do hereby certify that on this day, I electronically filed the above and foregoing *Plaintiff's Unopposed Motion for Additional Time to File Response,* with the Clerk of the Court using the ECF system which gave notification of such filing to all counsel of record.

This the 2nd day of May, 2025.

/s/Christian Medina
Christian Medina

–2–